**Order entered February 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01170-CV

## IN RE YUJI CHRISTOPHER INOUE, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09928**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ BILL PEDERSEN, III
   JUSTICE